PALLOJ LAW
ATTORNEYS AT LAW

**PALLOJ LAW**
(347) 453-1239 | malvina@pallojlaw.com | pallojlaw.com

September 21, 2026

**VIA ECF**

MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Colon v. Dominguez d/b/a Gaby's Group Family Daycare*, Case No. 1:26-cv-06262 (PAE)(GWG) — Clarification on Your Honor's Individual Practices**

Dear Judge Gorenstein:

Pursuant to the directions of the clerk, Defendant Gabriela Dominguez d/b/a Gaby's Group Family Daycare ("Defendant") respectfully submits this letter to clarify Your Honor's Individual Practices concerning pre-motion conference letters.

On August 21, 2026, Defendant filed a letter requesting a pre-motion conference regarding her anticipated motion to compel arbitration and dismiss the complaint (ECF 9) (the "Letter"). Subsequently, the parties executed two stipulations extending the time for Defendant to file her Answer to the Complaint while pre-motion conference was pending (ECF 10, 19). The most recent stipulation extended the time to answer to September 21, 2026. At the time of the latter stipulation, Plaintiff's counsel communicated that they would not consent to a further extension. As of the filing of this letter, the pre-motion conference has not yet occurred.

The Letter was filed pursuant to paragraph 2(A) of Your Honor's Individual Practices, which "require[s]" both pre-motion conferences when the proposed motion is returnable before Judge Gorenstein, and a letter to request a conference. In compliance with this rule, Defendant has refrained from filing the motion until after the pre-motion conference has been held. However, the Individual Practices are silent as to whether filing such a letter has the same staying effect on Defendant's time to answer the complaint as the filing of the motion itself would. In reviewing other cases before this chamber, it appears that the filing of a pre-motion conference letter has had this effect.

Defendant spoke with the clerk earlier today to seek guidance on the procedure under the Individual Practices and the clerk, who was unable to give a definitive answer, instructed Defendant to submit the present letter.

Defendant, thus, respectfully submits this letter to confirm that the deadline for Defendant's Answer is presently stayed. To the extent the deadline is not stayed, Defendant is prepared to file the motion imminently.



CONFIDENTIALITY NOTICE: This communication and any attachments are intended solely for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

PALLOJ LAW
ATTORNEYS AT LAW

**PALLOJ LAW**
(347) 453-1239 | malvina@pallojlaw.com | pallojlaw.com

Respectfully submitted,

PALLOJ LAW PLLC

*<u>/s/ Malvina Palloj</u>*
Malvina Palloj, Esq.
Attorney for Defendant Gabriela Dominguez
d/b/a Gaby's Group Family Daycare

cc: Counsel for Plaintiff (via ECF)

Defendant's letter seeking permission to move to compel arbitration or dismiss (Docket # 9) effectively constituted a motion under Fed. R. Civ. P. 12(a)(4). If defendant's motion is denied, defendant's response shall be filed within 14 days of the denial.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 22, 2026



*CONFIDENTIALITY NOTICE: This communication and any attachments are intended solely for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.*