UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IMIRLLARY COLON :

: **ORDER**

Plaintiff,

: 26 Civ. 6262 (PAE) (GWG)

-v.-

:

GABRIELA DOMINGUEZ D/B/A GABY'S GROUP FAMILY DAYCARE :

:

Defendants. :

---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

A telephone conference to discuss the issue of the preliminary discovery period requested by plaintiff shall take place on Friday, September 25, 2026, at 10:30 a.m.

At the above date and time, the parties shall dial 646-453-4442 and use access code: 246 724 496#. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

When addressing the Court, counsel must not use a speakerphone.

Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

SO ORDERED.

Dated: September 23, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge