**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IMIRLLARY COLON,<br><br>Plaintiff,<br><br>– against –<br><br>GABRIELA DOMINGUEZ d/b/a<br>GABY'S GROUP FAMILY DAYCARE,<br><br>Defendant. | Case No. 1:26-cv-06262<br>(PAE)(GWG) |

**JUDGMENT PURSUANT TO RULE 68**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

WHEREAS, on July 23, 2026, Plaintiff Imirllary Colon ("Plaintiff") commenced this action alleging violations of the Fair Labor Standards Act and the New York Labor Law;

WHEREAS, on November 10, 2026, pursuant to Fed. R. Civ. P. 68, Defendant Gabriela Dominguez d/b/a Gaby's Group Family Daycare ("Defendant") served on Plaintiff an Offer of Judgment in favor of Plaintiff; and

WHEREAS, on November 13, 2026, Plaintiff accepted Defendant's Offer of Judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Judgment is entered in favor of Plaintiff Imirllary Colon and against Defendant Gabriela Dominguez d/b/a Gaby's Group Family Daycare in the single total amount of twenty-nine thousand five hundred dollars and zero cents ($29,500.00), inclusive of all attorneys' fees, costs, and expenses through entry of judgment. The $29,500.00 is one aggregate judgment.

2. This Judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendant in connection with the facts and circumstances that are the subject of this action, including the claims that are the subject of American Arbitration Association Case No. 01-26-0005-5463.

3. The Offer of Judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendant, nor as an admission that Plaintiff has suffered any damages.

4. Acceptance of the Offer of Judgment has acted to release and discharge Defendant and her successors or assigns from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of the Offer of Judgment has waived Plaintiff's rights to any claim for interest on the amount of the Judgment if the $29,500.00 Judgment is paid in full within thirty (30) calendar days after entry of this Judgment, subject to the extension provided in the accepted Offer of Judgment for late delivery of tax forms and payment instructions. The $29,500.00 Judgment is not subject to any tax gross-up or additional settlement payment. If payment in full is not timely made, post-judgment interest under 28 U.S.C. § 1961 shall accrue on the unpaid balance from the date of entry of this Judgment.

5. The Clerk of Court is respectfully directed to terminate all pending motions and to close this case.

**SO ORDERED.**

Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2026
New York, New York